IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO: C-1-00-601 |
| vs. | ) ) |
| MICHAEL T. WEHRMEYER, aka MIKE T. WEHRMEYER, SSN: XXX-XX-2443 | ) JUDGE WEBER ) MAGISTRATE JUDGE BLACK ) |
| Defendant, | ) ) |
| and | ) ) |
| Century Mechanical Solutions, Inc. | ) ) |
| Garnishee. | ) |

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

IT IS SO ORDERED.

DATE: 10/3/05

Timothy S. Black
UNITED STATES MAGISTRATE JUDGE