IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-601 |
| vs. | ) |
| MICHAEL T. WEHRMEYER, | ) JUDGE WEBER |
| aka MIKE T. WEHRMEYER, | ) MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-2443 | ) |
| Defendant, | ) |
| and | ) |
| Century Mechanical Solutions, Inc. | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

MARGARET LISNHART (Affiant), BEING DULY SWORN DEPOSES AND SAYS:

A.  That he/she is the Secy/Treasurer (state official title, relationship, etc.) of Garnishee, Century Mechanical Solutions, Inc..

B.  On October 6, 2005, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. __X__ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

   1. Debtor's pay period is __X__ weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. 10-5-2005 ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. 10-11-2005

2. The amount of the Debtor's net wages are:
   a) Gross Pay ✻                      760.00 (40 hrs/week @ $19.00)
   b) Federal Income Tax               58.00
   c) F.I.C.A. Income Tax              58.14
   d) State Income Tax                 26.30
   e) Total of tax withholdings Cin Tot 15.96      158.40
   f) Net Wages ( total is (a) less total of (e))   601.60

✻ Pay Varies if overtime is worked

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __X__ Yes _____ No.

If the answer is yes, describe below.

Child Support $ 86.62
Child Support $ 90.43

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest.

_____ Yes __X__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):   N/A

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

OMB Control No: 0970-0154
ODJFS 4047 (Rev.8/2000)

## ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT

Juvenile Court Case Number **F88-1187 Z**

☐ Original Order/Notice
☐ Amended Order/Notice
☐ Terminate Order/Notice

State: Ohio
County: Hamilton
Address: Hamilton County Juvenile Court
800 Broadway
Cincinnati, OH 45202
Date of Issuance: January 11, 2005
Order Number: F88-1187 Z
FIPS Code: 39061

CENTURY MECHANICAL SOLUTIONS
1554 CHASE AVENUE
CINCINNATI OH 45223-0000

MICHAEL WERMEYER
Employee/Obligor's Name
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

Employee/Obligor's Social Security Number
Employee/Obligor's Sets Number

04/01/1970
Employee/Obligor's Date of Birth

Financial Account Number:

Child(ren)'s Name(s)/DOB:
RICK WEHRMEYER born 03/18/1988

ORDER INFORMATION: This is an Order/Notice to Withhold Income for Child Support based upon an order for support from Hamilton County Juvenile Court. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until the director or designee of the county child support enforcement agency notifies you in writing to terminate or reduce the withholding even if the Order/Notice is not issued by your State.

☐ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/obligor's employment and to inform the child support enforcement agency of any lapses in coverage.

| | | |
|---|---|---|
| $306.83 | per MONTH in current support | |
| $61.37 | per MONTH in past-due support | Arrears 12 weeks or greater?  yes  no |
| | per MONTH in medical support | |
| $368.20 | per MONTH Subtotal | |
| 7.37 | per MONTH in other (specify) 2% proc fee | |

for a Total of $375.57 MONTH to be forwarded to the payee below.

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:
1. If pay cycle is weekly, multiply the monthly amount by 12 and divide by 52.
2. If pay cycle is every other week, multiply monthly amount by 12 and divide by 26.
3. If pay cycle is twice monthly, multiply monthly amount by 12 and divide by 24.

*REMITTANCE INFORMATION*
An employer must begin withholding no later than the first pay period occurring  14  working days after the date of this Order/Notice. Send payment immediately or within  7  working days of the paydate/date of withholding. Ohio Law: Financial institutions are required to send the amount deducted no later than fourteen working days following the date this notice was mailed and are required to continue the deduction thereafter IMMEDIATELY, but not later than sever (7) working days after the payment or deduction is made. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. Ohio Law: A payor may deduct a fee of $2.00 or 1% of amount to be withheld, whichever is greater (including an employer paying worker's compensation). A financial institution may deduct a fee of $5.00 or a fee not to exceed the lowest rate, if any, charged for a similar debt transaction, whichever is less of the amount specified to be withheld.

DJFS 4047 (Rev. 8/2000)

Control No 0970-0154


*J5504747*
JCMR250b.DOT

OMB Control No: 0970-0154
ODJFS 4047 (Rev.8/2000)

## ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT

Juvenile Court Case Number **P90-2961 Z**

☐ Original Order/Notice
☐ Amended Order/Notice
☐ Terminate Order/Notice

State: Ohio
County: Hamilton
Address: Hamilton County Juvenile Court
800 Broadway
Cincinnati, OH 45202
Date of Issuance: January 11, 2005
Order Number: P90-2961 Z
FIPS Code: 39061

CENTURY MECHANICAL SOLUTIONS
1554 CHASE AVENUE
CINCINNATI OH 45223-0000

MICHAEL WEHRMEYER
Employee/Obligor's Name
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

Employee/Obligor's Social Security Number
7005854844
Employee/Obligor's Sets Number
04/01/1970
Employee/Obligor's Date of Birth

Financial Account Number:

Child(ren)'s Name(s)/DOB:
MELANIE WEHRMEYER born 03/31/1989

ORDER INFORMATION: This is an Order/Notice to Withhold Income for Child Support based upon an order for support from Hamilton County Juvenile Court. By law, you are required to deduct these amounts from the above-named employee's/obligor's income until the director or designee of the county child support enforcement agency notifies you in writing to terminate or reduce the withholding even if the Order/Notice is not issued by your State.

☐ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available through the employee's/obligor's employment and to inform the child support enforcement agency of any lapses in coverage.

$320.15    per MONTH in current support
$64.03     per MONTH in past-due support
_____    per MONTH in medical support         Arrears 12 weeks or greater?  yes   no
$384.18    per MONTH Subtotal
7.69       per MONTH in other (specify) 2% Processing fee
for a Total of $391.87 MONTH to be forwarded to the payee below.
90.43/wk

You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered support payment cycle, use the following to determine how much to withhold:
1. If pay cycle is weekly, multiply the monthly amount by 12 and divide by 52.
2. If pay cycle is every other week, multiply monthly amount by 12 and divide by 26.
3. If pay cycle is twice monthly, multiply monthly amount by 12 and divide by 24.

*REMITTANCE INFORMATION*
An employer must begin withholding no later than the first pay period occurring 14 working days after the date of this Order/Notice. Send payment immediately or within 7 working days of the paydate/date of withholding. Ohio Law: Financial institutions are required to send the amount deducted no later than fourteen working days following the date this notice was mailed and are required to continue the deduction thereafter IMMEDIATELY, but not later than sever (7) working days after the payment or deduction is made. You are entitled to deduct a fee to defray the cost of withholding. Refer to the laws governing the work state of the employee for the allowable amount. Ohio Law: A payor may deduct a fee of $2.00 or 1% of amount to be withheld, whichever is greater (including an employer paying worker's compensation). A financial institution may deduct a fee of $5.00 or a fee not to exceed the lowest rate, if any, charged for a similar debt transaction, whichever is less of the amount specified to be withheld.

DJFS 4047 (Rev. 8/2000)                                                           Control No 0970-0154

*J5504746*
JCMR250b.DOT

F.  Complete items 1 through 3 below, if applicable:

   1.  The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____

   _____

   2.  The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____

   _____

   3.  The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____

   _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #326
   Cincinnati, OH 45202

   (2) the Debtor:
Michael T. Wehrmeyer
2964 N. Dunham Road
Amelia, OH 45102

   (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_____
Garnishee

Subscribe and sworn to before me this ____ day of October, 2005.

_____
Notary Public
My Commission expires

M. TERESA ISSLER
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 11-26-08