**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff** ) | |
| ) | **CASE NO: C-1-00-601** |
| vs. ) | |
| ) | |
| **MICHAEL T. WEHRMEYER,** ) | **JUDGE WEBER** |
| aka **MIKE T. WEHRMEYER,** ) | **MAGISTRATE JUDGE BLACK** |
| SSN: XXX-XX-2443 ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Century Mechanical Solutions, Inc.** ) | |
| ) | |
| **Garnishee.** ) | |

**PLAINTIFF'S MOTION TO QUASH THE**
**WRIT OF CONTINUING GARNISHMENT**

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment filed on October 3, 2005 in the above captioned case. Plaintiff received payment in this garnishment action. Therefore, it is respectfully requested that the October 3, 2005 Writ of Continuing Garnishment against the property of Michael T. Wehrmeyer be quashed.

      Respectfully submitted,

      GREGORY G. LOCKHART
      United States Attorney

      s/Deborah F. Sanders
      DEBORAH F. SANDERS (0043575)
      Assistant United States Attorney
      Southern District of Ohio
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio 43215-2401
      (614) 469-5715

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 18th day of October, 2005 to:


Michael T. Wehrmeyer
2964 N. Dunham Road
Amelia, OH  45102

Century Mechanical Solutions, Inc.
Attn: Human Resource
1554 Chase Avenue
Cincinnati, OH 45223

                s/Deborah F. Sanders
                DEBORAH F. SANDERS (0043575)
                Assistant United States Attorney