**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff** | ) |
| | ) **CASE NO: C-1-00-601** |
| **vs.** | ) |
| | ) |
| **MICHAEL T. WEHRMEYER,** | ) **JUDGE WEBER** |
| **aka MIKE T. WEHRMEYER,** | ) **MAGISTRATE JUDGE BLACK** |
| **SSN: XXX-XX-2443** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Century Mechanical Solutions, Inc.** | ) |
| | ) |
| **Garnishee.** | ) |

**ORDER QUASHING THE
WRIT OF CONTINUING GARNISHMENT**

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that Plaintiff received payment in this garnishment action,

**IT IS HEREBY ORDERED** that the October 3, 2005 Writ of Continuing Garnishment against the property of Michael T. Wehrmeyer be quashed.

Date: _10/18/05_

_Timothy S. Black_
UNITED STATES MAGISTRATE JUDGE