IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                              : CIVIL NO: C-1-00-601
                                     : JUDGE WEBER
                                     : MAGISTRATE JUDGE BLACK

**MICHAEL T. WEHRMEYER,**
**aka MIKE T. WEHRMEYER,**

       **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                                    Respectfully submitted,

                                                    GREGORY G. LOCKHART
                                                   United States Attorney

                                                   s/Deborah F. Sanders
                                                  DEBORAH F. SANDERS (0043575)
                                                  Assistant United States Attorney
                                                  303 Marconi Blvd, Suite 200
                                                  Columbus, Ohio 43215
                                                  (614) 469-5715

## CERTIFICATE OF SERVICE

     A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Michael T. Wehrmeyer, 2964 N. Dunham Road, Amelia, OH 45102 by first class mail, postage prepaid, this 28th day of November, 2005.

                                      s/Deborah F. Sanders  
                                      DEBORAH F. SANDERS (0043575)  
                                      Assistant United States Attorney

N:\_ECF Workload\DSanders\wehrmeyer, michael sat.wpd